*Arrest warr. issued 12.27.11*

# United States District Court

**FILED IN CHAMBERS**
**U.S.D.C. Atlanta**

NORTHERN DISTRICT OF GEORGIA

**DEC 2 7 2011**

UNITED STATES OF AMERICA

v.

**JAMES N. HATTEN, Clerk**
By: *TKO*
Deputy Clerk

**CRIMINAL COMPLAINT**

JOHN DOE, a/k/a, MARCUS LIVELY

9154 Betony Wood Trail
Jonesboro, Georgia

CASE NUMBER: 1:11-MJ-1967

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>December 21, 2011</u> in <u>Clayton County</u>, in the Northern District of Georgia, Defendant did,

knowingly possess a document-making implement with the intent such document-making implement would be used in the production of a false identification document, and possession of the document-making implement was in or affecting interstate commerce.

in violation of Title <u>18</u> United States Code, Sections <u>1028(a)(5), (b)(1)(C), and (c)(3)</u>.

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.          (X) Yes          ( ) No

Signature of Complainant
BRADFORD C. CROOK

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

<u>December 27, 2011</u>                     at     <u>Atlanta, Georgia</u>
Date                                                                City and State

GERRILYN G. BRILL
United States Magistrate Judge
Name and Title of Judicial Officer                        Signature of Judicial Officer
AUSA Nicholas A. Oldham

I, BRADFORD C. CROOK, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the United States Secret Service ("Secret Service"), and I have been so employed since June 2001.  I am currently assigned to the Atlanta Field Office, where I am responsible for investigating various types of financial crimes.

2.      This Affidavit is made in support of the issuance of a Criminal Complaint and Arrest Warrant against JOHN DOE, a/k/a MARCUS LIVELY ("LIVELY").  The purpose of this Affidavit is to establish probable cause for LIVELY's arrest for possession of document-making implements in violation of Title 18, United States Code, Section 1028(a)(5).

3.      This Affidavit is based on my personal knowledge, information obtained from other law enforcement officers who have investigated this matter, and other individuals who have personal knowledge of the facts herein.

4.      Shortly after midnight on December 21, 2011, the Clayton County Police Department, Jonesboro, GA, responded to 9154 Betony Wood Trail, Jonesboro, GA, as the result of a 911 call placed from the residence.  The caller, Ednecedia Sutina Johnson ("Johnson"), advised Clayton County Dispatch of an intruder(s) attempting to break into the residence.  When Clayton County Police arrived, they found an individual lying on the grass, close to the street, with a gunshot wound to the head.  Upon entering the house, Clayton County Police also found LIVELY with a severe gunshot wound to the hand.  Johnson was not injured.  Once LIVELY and Johnson were secured, Clayton County Police conducted a routine security sweep of the residence.

5.      During the sweep, Clayton County Police located a blood trail on the main level of the residence leading downstairs to a room located on the basement-level of the residence.  The locked door handle leading into this room was also covered in blood.  Clayton County

Police forced entry through the door, and discovered access devices, blank check stock, equipment for manufacturing access devices, identification cards for multiple states, equipment for producing identification cards, computers, and printers. As a result, Clayton County Police secured the premises and obtained a search warrant from the Clayton County Magistrate's Court.

6.     Clayton County Police requested the assistance of the Secret Service in the search of the residence. I responded to the scene along with other Secret Service Special Agents. The first Secret Service agents arrived around 11:00 a.m. on December 21, 2011, and at that time Clayton County Police were still processing the crime scene. During the search of the basement-level room, Secret Service Special Agents located and seized multiple desktop and laptop computers, manufactured access devices in multiple individuals' names, manufactured state identifications of different states in multiple individuals' names bearing pictures of different individuals, access device embossing equipment, and access device encoding equipment.

7.     For example, Secret Service Special Agents recovered (a) a Fargo DTC525-LC identification card printer with a partially printed Florida identification document and a completed Oregon driver's license in the name of person with the initials "SM," both of which were in the printer tray; (b) a Custom Card Systems CCS200 manual card embosser; and (c) a MSR206u magnetic card reader/writer, which is used to read and encode data on access devices.

8.     At approximately at 3:40 p.m., Secret Service Special Agent Joseph Ward and I interviewed Johnson at the Clayton County Police Department, 7911 North McDonough Street, Jonesboro, GA. Johnson advised that she was the girlfriend of LIVELY, but LIVELY considered her his wife. Johnson acknowledged the she and LIVELY lived together at 9154 Betony Wood Trail, Jonesboro, GA, and were the only people living at the residence. Johnson also advised that she was currently under the supervision of the U.S. Probation Office, Northern

District of Georgia, for Bank Fraud.  Johnson advised that she did not have knowledge of the room in the basement containing the access device and identification making equipment. Johnson further stated that room belonged to LIVELY.  Johnson claimed to have no further knowledge of the equipment located in the house.

9.      At approximately 7:00 p.m. on December 21, 2011, Secret Service Special Agent Chelce Villenes and I attempted to interview LIVELY at the Atlanta Medical Center, 303 Parkway Drive NE, Atlanta, GA.  Upon arrival at LIVELY's hospital room, we met LIVELY's attorney.  LIVELY's attorney advised us that LIVELY would not be available at that time to be interviewed.  Because law enforcement believes that LIVELY is an alias, I asked LIVELY's attorney for LIVELY's true identity for the purpose of this investigation.  The attorney advised me that he would not provide the true identity of his client at that time.  Law enforcement is in the process of identifying LIVELY by his true name.

10.     Based on the facts above, I believe that probable cause exists to believe that JOHN DOE, a/k/a MARCUS LIVELY has violated Title 18, United States Code, Section 1028(a)(5).