IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 1 7 2012

JAMES N. HATTEN, Clerk
By: _Angela A. Luard_
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL INDICTMENT |
| v. : | |
| : | NO.  1 12-CR-016 |
| PAUL L. BLACK : | |
|    a/k/a Marcus Lively : | |
| EDNECDIA SUTINA JOHNSON : | |
|    a/k/a Tina Johnson : | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Access Device Fraud - Devices)

On or about December 21, 2011, in the Northern District of Georgia, defendants PAUL L. BLACK a/k/a Marcus Lively and EDNECDIA SUTINA JOHNSON a/k/a Tina Johnson, aided and abetted by each other, knowingly and with intent to defraud possessed at least fifteen devices which are counterfeit access devices, said offense affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2, 1029(a)(3), 1029(c)(1)(A)(i), and 1029(c)(2).

### COUNT TWO
(Access Device Fraud - Device-Making Equipment)

On or about December 21, 2011, in the Northern District of Georgia, defendants PAUL L. BLACK a/k/a Marcus Lively and EDNECDIA SUTINA JOHNSON a/k/a Tina Johnson, aided and abetted by each other, knowingly and with intent to defraud had control and custody of and

possessed device-making equipment, that is, equipment, mechanisms, and impressions designed and primarily used for making an access device and a counterfeit access device, said offense affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2, 1029(a)(4), 1029(c)(1)(A)(ii), and 1029(c)(2).

## COUNT THREE
(Possessing Five Or More False Identification Documents)

On or about December 21, 2011, in the Northern District of Georgia, defendants PAUL L. BLACK a/k/a Marcus Lively and EDNECDIA SUTINA JOHNSON a/k/a Tina Johnson, aided and abetted by each other, did knowingly possess with intent to use unlawfully and transfer unlawfully, in and affecting interstate commerce, five or more false identification documents, that is, false California, Texas, Illinois, and Oregon driver's licenses bearing a photograph of defendant JOHNSON and in the name of other individuals with various purported driver's license numbers, and the offense involved the production of a false identification document that is and appears to be a driver's license, all in violation of Title 18, United States Code, Sections 2 and 1028(a)(3), 1028(b)(1)(A)(ii), 1028(b)(2), 1028(b)(5), 1028(c)(3)(A), and 1028(g).

2

## COUNT FOUR
(Possessing Document-Making Implement)

On or about December 21, 2011, in the Northern District of Georgia, defendants PAUL L. BLACK a/k/a Marcus Lively and EDNECDIA SUTINA JOHNSON a/k/a Tina Johnson, aided and abetted by each other, did knowingly possess a document-making implement, including printers and embossers, with the intent that such document-making implement would be used in the production of a false identification document, and possession of the document-making implement was in or affecting interstate commerce, all in violation of Title 18, United States Code, Sections 2, 1028(a)(5), 1028(b)(1)(C), 1028(c)(3)(A), and 1028(g).

## FORFEITURE PROVISION

This Indictment charges the defendants PAUL L. BLACK a/k/a Marcus Lively and EDNECDIA SUTINA JOHNSON a/k/a Tina Johnson with violation(s) of Title 18, United States Code, Sections 1028 and 1029. Pursuant to Title 18, United States Code, Section 1028(b)(5) and 982 (a)(2)(B), upon conviction of said violation, the defendant(s) shall forfeit to the United States (1) any personal property used or intended to be used to commit such violation, and

(2) any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation, including, but not limited to:

Any and all personal property seized on December 21, 2011 during the search of the property located at 9154 Betony Wood Trail, Jonesboro, Georgia.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant(s)

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third person;

     c.    has been placed beyond the jurisdiction of the Court;

     d.    has been substantially diminished in value; or

     e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code,

4

Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the properties identified above.

A _____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

NICHOLAS A. OLDHAM
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 592701

ROBERT C.I. McBURNEY
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 481070

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
V: 404-581-6000
F: 404-581-6181