U.S. Department of Justice
United States Attorney

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF GEORGIA | FILED IN CHAMBERS<br>U.S.D.C. Atlanta |
|---|---|

DIVISION <u>ATLANTA</u>   JAN 1 7 2012
(USAO 2012R00005)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

COUNTY NAME: <u>FULTON</u>

DISTRICT COURT NO. <u>1  12 - CR - 016</u>

MAGISTRATE CASE NO. _____

<u>X</u> Indictment    __ Information    __ Magistrate's Complaint

DATE: January 17, 2012    DATE:    DATE:

| UNITED STATES OF AMERICA<br>vs.<br>**PAUL L. BLACK**<br>a/k/a Marcus Lively | SUPERSEDING<br><br>Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:           TOTAL COUNTS:
(as to deft)              (as to deft)
GREATER OFFENSE CHARGED:
<u>X</u> Felony       ___ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date):
_____

DATE OF ARREST: _____
  Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
  Are there any outstanding warrants in this proceeding __ Yes __ No
  Date: _____    Issued by: _____

<u>IS IN CUSTODY:</u>

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges <u>X</u> Yes __ No
   ___ Federal    <u>X</u> State
   If Yes, show name of institution <u>Clayton Co. Jail</u>
   Has detainer been filed <u>X</u> Yes    __ No
   If Yes, give date <u>Complaint filed on 12/27/2011 in name of John Doe, a/k/a Marcus Lively.</u>

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____<br>JUDGE: _____<br>A.U.S.A.: <u>NICHOLAS A. OLDHAM; ROBERT McBURNEY</u><br>DEFT'S ATTY: _____ |
|---|---|
| | SALLY QUILLIAN YATES<br>UNITED STATES ATTORNEY<br>BY: <u>NICHOLAS A. OLDHAM; ROBERT McBURNEY</u><br>Assistant United States Attorney<br><br>DATE: <u>January 17, 2012</u> |