

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 1:12-CR-0016 |
| PAUL L. BLACK, : | |
|    a/k/a Marcus Lively : | |
| EDNECDIA SUTINA JOHNSON, : | |
|    a/k/a Tina Johnson : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, Sally Quillian Yates, United States Attorney for the Northern District of Georgia, and Nicholas A. Oldham and Robert C.I. McBurney, Assistant United States Attorneys, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned Defendants.

This case is eligible for a detention order because this case involves (1) a serious risk the defendant will flee; and (2) a serious risk of obstruction of justice.

The Court should detain Defendants because there are no conditions of release that will reasonably assure (1) Defendants' appearance as required; and (2) the safety of any other person and the community.

The Government requests the Court conduct the detention hearing at the initial appearance.

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated: February 6, 2012

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

NICHOLAS A. OLDHAM
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 592701

ROBERT C.I. McBURNEY
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 481070

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
V: 404-581-6000
F: 404-581-6181

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Defense Counsel at Initial Appearance

This 6th day of February, 2012.

NICHOLAS A. OLDHAM
ASSISTANT UNITED STATES ATTORNEY